IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY A. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-942-C |
| | ) | |
| GREG WILLIAMS, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on February 10, 2010, recommending denial of Plaintiff's request for temporary and preliminary injunctive relief. Plaintiff has timely objected. The Court therefore considers the matter de novo.

In his Objection, Plaintiff does make more particularized allegations of fact, but does not establish a clear and unequivocal right to injunctive relief, either under the facts or the law.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies Plaintiff's request for a preliminary injunction and temporary restraining order.

IT IS SO ORDERED this 23rd day of February, 2010.

ROBIN J. CAUTHRON
United States District Judge